## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 308 MAL 2019
                                  :
          Respondent :
                                  :
                                  : Petition for Allowance of Appeal
                                  : from the **Unpublished Order** of the
          v. : Superior Court at No. 466 MDA
                                  : 2019 entered on April 29, 2019,
                                  : **quashing** the Order of the Luzerne
DANA HENNINGER, : County Court of Common Pleas at
                                  : Nos. CP-40-CR-0000927-2018 and
          Petitioner : CP-40-CR-0000928-2018 entered
                                  : on February 25, 2019

## <u>ORDER</u>

**PER CURIAM**                                      DECIDED:  September 9, 2020

      **AND NOW**, this 9th day of September, 2020, the Petition for Allowance of Appeal is GRANTED.  The Superior Court's order is VACATED, and the matter is REMANDED to the Superior Court for consideration in light of *Commonwealth v. McClelland,* ___ A.3d ___, 2020 WL 4092109 (Pa. July 21, 2020).